**THE PORT AUTHORITY** OF NY & NJ

**Law Department**

*4 World Trade Center*
*150 Greenwich Street*
*New York, NY 10007*

**MEMO ENDORSED**

November 27, 2019

**VIA FEDERAL EXPRESS & ECF**
Judge William H. Pauley III
United States Courthouse
500 Pearl Street, Room 1920
New York, New York 10007

Re: Cedric Marshall v. The Port Authority of New York and New Jersey et al
Docket No. 19-cv- 02168

Dear Judge Pauley:

A joint pre-trial order in the above-captioned matter is currently due November 29, 2019. In light of the pre-motion conference scheduled to be held on December 6, 2019, I write to request that the pre-trial order due date be adjourned until sometime after the pre-motion conference.

All parties have consented to this request.

Respectfully,

THE PORT AUTHORITY LAW DEPARTMENT
Attorney for Defendants
PORT AUTHORITY OF NEW YORK
AND NEW JERSEY, BRYAN MATHEWS,
CRAIG CARLSON, SEAN GALLAGHER, AND
JOHN TONE

By: _____
Jonathan L. Smith, Esq.

**Application granted. The new date for the joint pre-trial order will be discussed at the pre-motion conference on December 6, 2019.**

Dated: November 27, 2019
New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

Cc:
Samuel C. DePaola, Esq.
John Kouroupas, Esq.
Sim & DePaola, LLP
*Attorneys for Plaintiff*
42-40 Bell Boulevard, Suite 500
Bayside, New York 11361