UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

CEDRIC MARSHALL,

          Plaintiff,

    -against-

THE PORT AUTHORITY OF NEW YORK
AND NEW JERSEY, *et al.*,

          Defendants.

------------------------------------

19cv2168

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

        The parties shall submit a joint pre-trial order by November 13, 2020. The parties shall appear for a final pre-trial conference on December 4, 2020 at 11:00 a.m. The conference will be conducted telephonically. The dial-in number for the conference is (888) 363-4749. The access code is 3070580.

Dated: September 25, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.