

**MEMO ENDORSED**

April 8, 2021

*Application Granted. The time for the parties to submit a joint request to charge and any proposed voir dire is extended to April 23, 2021. The April 21, 2021 teleconference is adjourned to May 5, 2021 at 3:30 p.m. The dial-in number for the conference is (888) 363-4749. The access code is 3070580.*

<u>VIA ELECTRONIC FILING</u>

Judge William H. Pauley III
United States Courthouse
500 Pearl Street, Room 1920
New York, New York 10007

Re: <u>Cedric Marshall v. The Port Authority of New York and New Jersey, *et al.*
Docket No. 19-cv-02168 (WHP)</u>

Dear Judge Pauley:

This office represents the remaining defendants, Port Authority Police Officers Bryan Mathews and Sean Gallagher ("Defendants") in the above-referenced action. Pursuant to Your Honor's Order, dated March 25, 2021 (D.E. 83), the parties were directed to submit a joint request to charge and separately submit any proposed voir dire by April 9, 2021. The teleconference was also adjourned to April 21, 2021. As discussed in my colleague's letter to the Court, dated March 24, 2021, I was hospitalized due to an emergency surgery last month. I was just recently discharged and have not yet returned to work fully.

Due to the above, Defendants respectfully request a second extension of time for submission of a joint request to charge and proposed voir dire, as well as the scheduled teleconference for an additional two weeks to April 23, 2021 and May 5, 2021, respectively. Plaintiff's counsel has consented to this request.

Respectfully submitted,

The Port Authority Law Department

/s/ David R. Kromm

cc: All parties via ECF

SO ORDERED:

Dated: April 8, 2021
New York, New York

*[signature]*
WILLIAM H. PAULEY III
U.S.D.J.