UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------
|  |  |
|---|---|
| CEDRIC MARSHALL, | : |
| Plaintiff, | : |
| -against- | : 19cv2168 |
|  | : SCHEDULING ORDER |
| THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY, | : |
| Defendant. | : |

---------------------------------------------

WILLIAM H. PAULEY III, Senior United States District Judge:

       The teleconference scheduled for May 5, 2021 at 3:30 p.m. is adjourned <u>sine die</u>.

This Court will decide the parties' motions <u>in limine</u> in a separate order.

Dated: May 5, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.