UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CEDRIC MARSHALL

              Plaintiff,

-against-

THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY,

              Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/2021
```

19 Civ. 2168 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The ongoing COVID-19 pandemic has necessitated substantial changes in the Court's trial schedule in order to ensure that jury trials can be conducted safely and practically. Accordingly, the Court, utilizing the procedures within this District governing the scheduling of jury trials during the COVID-19 pandemic, will seek to schedule a jury trial in this matter for the first quarter of 2023. By **December 9, 2022**, the parties shall submit blackout dates for trial.

    By **December 9, 2022**, the parties shall submit a joint letter summarizing any necessary alterations to the pretrial order, ECF No. 66, and any other matters that should be brought to the Court's attention in advance of trial in light of the revised schedule.

    The Court shall schedule a final pretrial conference date upon setting a date certain for trial. In light of the long delay in advance of trial, this action is STAYED pending further order of the Court.

    SO ORDERED.

Dated: August 11, 2021
       New York, New York

                                            ANALISA TORRES
                                       United States District Judge