```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/8/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CEDRIC MARSHALL

                Plaintiff,

-against-                          19 Civ. 2168 (AT)

THE PORT AUTHORITY OF NEW YORK AND      **ORDER**
NEW JERSEY,

                Defendant.

ANALISA TORRES, District Judge:

       Trial in this matter is set to begin on **February 6, 2023**, at **9:00 a.m**. The final pretrial conference shall take place on **February 2, 2023**, at **2:00 p.m.** Both shall take place in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, NY 10007. As previously stated, by **December 9, 2022**, the parties shall submit a joint letter summarizing any necessary alterations to the pretrial order and prior submissions, ECF Nos. 66 & 90, and raising any other matters relevant to the trial.

       Prior to the final pretrial conference, counsel for both parties, along with the parties themselves, shall meet in person for at least one hour to discuss settlement of this matter. By **October 14, 2022**, the parties shall file a joint letter advising whether they wish to be referred to a magistrate judge for settlement discussions.

       SO ORDERED.

Dated: July 8, 2022
       New York, New York

                                                  ANALISA TORRES
                                         United States District Judge