UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CEDRIC MARSHALL,

                  Plaintiff,                            19 **CIVIL** 2168 (LJL)

      -against-                                     **JUDGMENT**

THE PORT AUTHORITY OF NEW YORK AND
NEW JERSEY, BRYAN MATHEWS, CRAIG
CARLSON, SEAN GALLAGHER, JOHN TONE,
and JOHN and JANE DOE 1-10, individually and
in their official capacities as police officers,

                 Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Lewis J. Liman, United States District Judge, the jury having returned a verdict in favor of Defendants, the Complaint is hereby dismissed.

**DATED:**  New York, New York
              March  16 , 2023

                                                               **RUBY J. KRAJICK**

**So Ordered:**                                           **Clerk of Court**

                                                **BY:**    *K. Mango*

      **U.S.D.J.**                                             **Deputy Clerk**